**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7005**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLES ANTHONY WALKER, JR., a/k/a Supreme, a/k/a Preme,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Louise W. Flanagan, District Judge.  (2:18-cr-00037-FL-1)

Submitted:  August 22, 2024                    Decided:  August 26, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Anthony Walker, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Anthony Walker, Jr., appeals the district court's order granting the Government's motion to authorize a payment from Walker's inmate trust account and denying Walker's related motion to return funds. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Walker*, No. 2:18-cr-00037-FL-1 (E.D.N.C. Sept. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*